IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:15-CR-200** |
| vs. | |
| AMBER BARR, | **ORDER OF DISMISSAL** |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss, Filing 209, the current Petition for Offender Under Supervision, Filing 164. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss, Filing 209, is granted;

2. The Petition for Offender Under Supervision, Filing 164, is dismissed; and

3. Defendant shall remain on supervised release under the current terms and conditions until her currently scheduled termination date.

Dated this 11th day of May, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge